# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TONI MILLER, SUSAN ELLIOTT, § <br> ARIEL KLEINSMITH § <br> AND ANTWAN LEE § <br>  § <br> Plaintiffs, § <br>  § <br> v. § <br>  § <br> TEAM GO FIGURE, L.L.P., TEAM GO § <br> FIGURE, and SCOTT ESKRIDGE § <br>  § <br> Defendants § | CIVIL ACTION NO. 3:13-cv-1509 <br> JURY |

## PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Toni Miller, Susan Elliott and Ariel Kleinsmith ("Plaintiffs"), acting by and through their attorneys of record herein, and under Rules 16 and 26 of the Federal Rules of Civil Procedure, hereby move the court to issue an order to amend the present scheduling order to change the discovery cut-off date from January 17, 2014 to February 18, 2014, and the dispositive motion deadline from February 16, 2014 to March 20, 2014. All other dates in the scheduling order would remain unchanged.

The grounds for this motion are that the parties have been diligently engaged in discovery, and contemplate the need for multiple depositions and further exchange of discovery and response to written discovery requests. Because of the number of witnesses and depositions, and schedule congestion due to the pending holiday season the additional time is needed to complete discovery in an orderly fashion and still allow a reasonable time for dispositive motions, if any.

No prior request for amendment has been made by either party.  The changes requested will not affect the trial date or other pre-trial deadline dates.  This motion is unopposed by defendants as indicated in written correspondence from defense counsel dated November 25, 2013.  The requested changes are reasonable under the circumstances and will further the ends of providing all parties a reasonable time to complete discovery and advance the case toward disposition.

WHEREFORE, in view of the facts and circumstances set forth above, Plaintiffs hereby request the Court to issue an order amended the Scheduling Order to change the dates for discovery cut-off and dispositive motion deadline dates to February 18, 2014 and March 20, 2014 respectively, and together with all further relief the court deems just and appropriate under the circumstances.

DATED this 26th day of November, 2013.

**JAMES MOULTON, ATTORNEY AT LAW**

**By:**           /S/
JAMES B. MOULTON
Bar # 24007712
3939 Hwy. 80 E., Suite 486
Mesquite, Texas 75150
Telephone: (972) 698-0999
Facsimile: (903) 705-6860
Email: jim.moulton@gmail.com

*Attorney for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel conferred with Defendants' counsel, Claudine Jackson on November 25, 2013 regarding this Motion to Amend Scheduling Order, and she has indicated that Defendants are **NOT OPPOSED** to said motion.

**By:**  /S/
JAMES B. MOULTON
Bar # 24007712
3939 Hwy. 80 E., Suite 486
Mesquite, Texas 75150
Telephone: (972) 698-0999
Facsimile: (903) 705-6860
Email: jim.moulton@gmail.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify one true and correct copy of the foregoing instrument was served on Defendants' lead counsel of record by electronic mail through the Court's EFCEM system on this 26th day of November, 2013.

**By:**  /S/
JAMES B. MOULTON
Bar # 24007712
3939 Hwy. 80 E., Suite 486
Mesquite, Texas 75150
Telephone: (972) 698-0999
Facsimile: (903) 705-6860
Email: jim.moulton@gmail.com

*Attorney for Plaintiffs*