IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONI MILLER, SUSAN ELLIOTT, ARIEL KLEINSMITH AND ANTWAN LEE<br><br>Plaintiffs,<br><br>v.<br><br>TEAM GO FIGURE, L.L.P., TEAM GO FIGURE, and SCOTT ESKRIDGE<br><br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:13-cv-1509<br>JURY |

**PLAINTIFFS' MOTION SUMMARY JUDGMENT UNDER RULE 56(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

　　　　PLAINTIFFS, Toni Miller, Susan Elliott, and Ariel Kleinsmith acting by and through their attorney of record James B. Moulton and under Rule 56(c) of the Federal Rules of Civil Procedure and Rule LR 56.3(a) of this Court, hereby moves the Court to issue an order to enter a summary judgment in their favor and against defendants.

**(1)**　　**Summary**　　The grounds for this motion, as set forth in greater detail in plaintiffs' supporting brief filed and served concurrently herewith, are that there is no genuine issue of any material fact such that Plaintiffs are entitled to a judgment against Defendants as a matter of law upon the causes of action set forth in the Complaint for recovery under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. ("the Act") for the payment of overtime wages, liquidated damages, interest, costs and attorney's fees.

　　　　The elements of plaintiffs' claim for overtime wages are:

　　　　a.　　Defendants constitute an employer covered and governed under the provisions of the Act.

    b.    Plaintiffs are employees covered and governed under the provisions of the Act.

    c.    Plaintiffs performed job duties for the defendants as employees for which they were not exempt from the overtime requirements of the Act.

    d.    Defendants wilfully failed and refused to pay overtime wages to plaintiffs to in violation of the Act.

    e.    Defendants are jointly and severally liable to pay overtime wages and liquidated damages to Plaintiffs respectively in the principal amount as follows::

| | |
|---|---|
| Toni L. Miller | $387,068.30 |
| Susan Elliott | $158,178.14 |
| Ariel Kleinsmith | $34,560.00 |

    f.    Defendants' violation of the Act was knowing and willful, giving rise to liability to plaintiffs for the payment of liquidated damages and the application of the 3 year statute of limitation.

    **(2)**    **Appendix**.    This motion is supported by an Appendix submitted under LR 56.5 of this Court filed and served concurrently herewith.

    **WHEREFORE**, plaintiffs hereby request that this court issue an order to grant summary judgment in their favor and against defendants, and order defendants overtime wages as required under the Act, and together with liquidated damages, pre- and post-judgment interest, costs and

attorney's fees as provided under the Act, and together with all other relief the Court deems just and appropriate under the circumstances.

DATED this 14th day of March, 2014.

                    **JAMES MOULTON, ATTORNEY AT LAW**

                    **By:**     James B. Moulton
                          JAMES B. MOULTON
                          Bar # 24007712
                          3939 Hwy. 80 E., Suite 486
                          Mesquite, Texas 75150
                          Telephone: (972) 698-0999
                          Facsimile: (903) 705-6860
                          Email: jim.moulton@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify one true and correct copy of the foregoing instrument was served on Defendants' lead counsel of record by electronic mail through the Court's EFCEM system on this 14th day of March, 2014.

**By:**   /S/ James B. Moulton
JAMES B. MOULTON
Bar # 24007712
3939 Hwy. 80 E., Suite 486
Mesquite, Texas 75150
Telephone: (972) 698-0999
Facsimile: (903) 705-6860
Email: jim.moulton@gmail.com

*Attorney for Plaintiffs*